# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: § §

Juan Jose Muniz § Case No. 18-19085
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/06/2018 . The undersigned trustee was appointed on 07/06/2018 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $   7,140.00

   Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]          $   7,140.00

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  12/19/2018  and the deadline for filing governmental claims was  01/02/2019 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,464.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,464.00 , for a total compensation of $ 1,464.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 46.74 , for total expenses of $ 46.74 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/14/2019                    By:/s/Frank J. Kokoszka, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 18-19085 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Juan Jose Muniz | | | | Date Filed (f) or Converted (c): | 07/06/2018 (f) |
| | | | | | 341(a) Meeting Date: | 08/07/2018 |
| For Period Ending: | 01/14/2019 | | | | Claims Bar Date: | 12/19/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1999 Saturn Sc Mileage: 160,000 | 500.00 | 500.00 | | 0.00 | FA |
| 2. 2003 Lexus Is 300 Mileage: 175,000 Car Is Titled To Debtor's Father, But Debtor Paid For The Car | 1,700.00 | 1,700.00 | | 0.00 | FA |
| 3. Usual And Typical Household Items Including 1 Table And Chair Set, 1 Electric Fireplace, 2 Beds, 1 Lamp, 1 Dresser, 1 Microwave, 1 Set Of Kitchenware. | 310.00 | 0.00 | | 0.00 | FA |
| 4. 1/2 Interest In 2 Televisions, 1 Hp Printer, 1 Dell Laptop | 350.00 | 0.00 | | 0.00 | FA |
| 5. Used Clothes | 100.00 | 0.00 | | 0.00 | FA |
| 6. Tools Used At Work | 3,275.00 | 0.00 | | 0.00 | FA |
| 7. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 8. Nasa Federal Credit Union | 5.00 | 0.00 | | 0.00 | FA |
| 9. American Airlines Credit Union | 103.00 | 0.00 | | 0.00 | FA |
| 10. Jpmorgan Chase Bank, N.A. | 1,609.11 | 0.00 | | 0.00 | FA |
| 11. Bmo Harris Bank | 4,020.72 | 0.00 | | 0.00 | FA |
| 12. 1/2 Interest Of Possession Escrow From Real Estate Sale Held By James Pauletto | 500.00 | 0.00 | | 0.00 | FA |
| 13. American Airlines 401K | 13,013.60 | 0.00 | | 0.00 | FA |
| 14. Class Action Lawsuit (Member Of Class) In Ballard V. American Airlines Seeking Back Pay And Other Damages | Unknown | 0.00 | | 0.00 | FA |
| 15. Preference Recovery (u)  Preference listed on Statement of Financial Affairs | Unknown | 7,140.00 | | 7,140.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $25,506.43   $9,340.00     $7,140.00   $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to pursue potential preference actions
Demand letter sent to preference defendants. No response thus far. Trustee has filed Motion to Employ Counsel to pursue preference recovery.   - Frank J. Kokoszka 9/26/2018
Trustee has received payment from one of the preference defendants.  - Frank J. Kokoszka 10/9/2018
Trustee has filed a Motion to Approve Settlement with preference recipient  - Frank J. Kokoszka 11/29/2018

Exhibit A

Initial Projected Date of Final Report (TFR): 04/30/2019      Current Projected Date of Final Report (TFR): 04/30/2019

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 18-19085 | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Juan Jose Muniz | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0432 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9357 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/14/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |


| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/18 | 15 | Nasa Federal Credit Union<br>500 Prince George Blvd.<br>Upper Marlboro, MD. 20774 | Preference Payment<br>Recovery of Preference<br>pursuant to Demand Letter.<br>This preference was not listed<br>on Debtor's Schedules or<br>Statement of Financial Affairs. | 1241-000 | $1,140.00 | | $1,140.00 |
| 11/28/18 | | Transfer to Acct # xxxxxx0179 | Transfer of Funds | 9999-000 | | $1,140.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,140.00 | $1,140.00 |
| Less: Bank Transfers/CD's | $0.00 | $1,140.00 |
| Subtotal | $1,140.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,140.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:    $1,140.00     $1,140.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 18-19085 | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Juan Jose Muniz | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0179 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9357 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/14/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/18 | | Transfer from Acct # xxxxxx0432 | Transfer of Funds | 9999-000 | $1,140.00 | | $1,140.00 |
| 12/10/18 | 15 | LendingClub Corporation<br>71 Stevenson Street<br>Suite 1000<br>San Francisco CA 94105 | Settlement of Adversary Complaint (Preference) Payment pursuant to proposed settlement. Motion to Approve has been filed and is set for presentment on 12/14/18 | | $6,000.00 | | $7,140.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $1,140.00 | $0.00 |
| Less: Bank Transfers/CD's | $1,140.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                Page Subtotals:                $7,140.00          $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0179 - Checking | $0.00 | $0.00 | $7,140.00 |
| XXXXXX0432 - Checking | $1,140.00 | $0.00 | $0.00 |
| | $1,140.00 | $0.00 | $7,140.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,140.00 |
| Total Gross Receipts: | $1,140.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 18-19085  
Debtor Name: Juan Jose Muniz  
Claims Bar Date: 12/19/2018  

Date: January 14, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Frank J. Kokoszka | Administrative | | $0.00 | $1,464.00 | $1,464.00 |
| 100 2200 | Frank J. Kokoszka | Administrative | | $0.00 | $46.74 | $46.74 |
| 100 2700 | Clerk of the U. S. Bankruptcy Court | Administrative | Deferred Filing Fee for Adversary versus The Lending Club | $0.00 | $350.00 | $350.00 |
| 100 3110 | Kokoszka & Janczur, P.C. 19 South LaSalle Street Suite 1201 Chicago, Illinois 60603 | Administrative | | $0.00 | $1,000.00 | $1,000.00 |
| 100 3120 | Kokoszka & Janczur, P.C. 19 South LaSalle Street Suite 1201 Chicago, Illinois 60603 | Administrative | | $0.00 | $6.34 | $6.34 |
| 1 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | Claim reviewed- Valid to pay | $6,054.00 | $5,934.90 | $5,934.90 |
| 2 300 7100 | Nasa Federal Credit Union Po Box 1588 Bowie, Md 20717-1588 | Unsecured | Claim reviewed- valid to pay | $28,128.27 | $29,070.19 | $29,070.19 |
| 3 300 7100 | Department Stores National Bank C/O Quantum3 Group Llc Po Box 657 Kirkland, Wa 98083-0657 | Unsecured | Reviewed- Valid to pay | $168.00 | $210.42 | $210.42 |
| 4 300 7100 | Citibank, N.A. Citibank, N.A. 701 East 60Th Street North Sioux Falls, Sd 57117 | Unsecured | Reviewed- Valid to pay | $0.00 | $6,270.00 | $6,270.00 |
| | Case Totals | | | $34,350.27 | $44,352.59 | $44,352.59 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                                             Printed: January 14, 2019

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 18-19085   Date: January 14, 2019
Debtor Name: Juan Jose Muniz
Claims Bar Date: 12/19/2018

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-19085
Case Name: Juan Jose Muniz
Trustee Name: Frank J. Kokoszka, Trustee

| | | |
|---|---:|---:|
| Balance on hand | $ | 7,140.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frank J. Kokoszka | $ 1,464.00 | $ 0.00 | $ 1,464.00 |
| Trustee Expenses: Frank J. Kokoszka | $ 46.74 | $ 0.00 | $ 46.74 |
| Attorney for Trustee Fees: Kokoszka & Janczur, P.C. | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Attorney for Trustee Expenses: Kokoszka & Janczur, P.C. | $ 6.34 | $ 0.00 | $ 6.34 |
| Charges: Clerk of the U. S. Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |

| | | |
|---|---:|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 2,867.08 |
| Remaining Balance | $ | 4,272.92 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,485.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pyod, Llc Its Successors And Assigns As Assignee | $ 5,934.90 | $ 0.00 | $ 611.28 |
| 2 | Nasa Federal Credit Union | $ 29,070.19 | $ 0.00 | $ 2,994.17 |
| 3 | Department Stores National Bank | $ 210.42 | $ 0.00 | $ 21.67 |
| 4 | Citibank, N.A. | $ 6,270.00 | $ 0.00 | $ 645.80 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,272.92 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

<div align="center">NONE</div>