# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: JUAN JOSE MUNIZ | CASE NO: 18-19085 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. 32 |
| | Judge: Hon. Janet S. Baer |
| | Hearing Location: Kane County 240 |
| | Hearing Date: March 15, 2019 |
| | Hearing Time: 11:00 am |

On 2/21/2019, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation (NFR) ECF Docket Reference No. 32

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/21/2019

/s/ Frank J. Kokoszka
Frank J. Kokoszka  6201436
Chapter 7 Trustee
Kokoszka & Janczur, P.C.
19 South LaSalle Street
Chicago, IL  60603
312 443 9600

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE: JUAN JOSE MUNIZ

CASE NO: 18-19085

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 32
Judge: Hon. Janet S. Baer
Hearing Location: Kane County 240
Hearing Date: March 15, 2019
Hearing Time: 11:00 am

On 2/21/2019, a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation (NFR) ECF Docket Reference No. 32

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/21/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Frank J. Kokoszka
Kokoszka & Janczur, P.C.
19 South LaSalle Street
Chicago, IL  60603

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| CASE INFO<br>  LABEL MATRIX FOR LOCAL NOTICING<br>07521<br>CASE 18-19085<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION<br>THU FEB 21 13-45-41 CST 2019 | EXCLUDE<br>US BANKRUPTCY COURT<br>EASTERN DIVISION<br>219 S DEARBORN<br>7TH FLOOR<br>CHICAGO IL 60604-1702 | AMERICAN AIRLINES FED CREDIT UNION<br>PO BOX 619001<br>MD 2100<br>DALLAS TX 75261-9001 |
|---|---|---|
| EXCLUDE<br>CHASE<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | CITIBANK NA<br>CITIBANK NA<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS SD 57104-0493 | EXCLUDE<br>CITICARDS CBNA<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 |
| DSNBMACYS<br>PO BOX 8218<br>MASON OH 45040-8218 | DEPARTMENT STORES NATIONAL BANK<br>CO QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND WA 98083-0657 | EXCLUDE<br>LOAN DEPOT<br>PO BOX 660275<br>DALLAS TX 75266-0275 |
| NASA FCU<br>ATTN ATTN MEMBER SOLUTIONS<br>500 PRINCE GEORGES BLVD<br>UPPER MARLBORO MD 20774-8732 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS<br>ASSI<br>OF CITIBANK NA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE SC 29602-9008 | EXCLUDE<br>SEARS CBNA<br>PO BOX 6282<br>SIOUX FALLS SD 57117-6282 |
| FRANK J KOKOSZKA<br>KOKOSZKA  JANCZUR PC<br>19 SOUTH LASALLE<br>SUITE 1201<br>CHICAGO IL 60603-1419 | DEBTOR<br>JUAN JOSE MUNIZ<br>515 GROVE AVE<br>BENSENVILLE IL 60106-2421 | EXCLUDE<br>PATRICK S LAYNG<br>OFFICE OF THE US TRUSTEE REGION 11<br>219 S DEARBORN ST<br>ROOM 873<br>CHICAGO IL 60604-2027 |
| EXCLUDE<br>ROBERT N HONIG<br>116 S YORK STREET SUITE 215<br>ELMHURST IL 60126-3432 | | |